**People of the State of Illinois, Plaintiff-Appellee, v. Robert Lee Smith, Defendant-Appellant.**

**Gen. No. 49,577.** ▮▮▮▮▮▮▮▮▮

First District, Second Division.

July 7, 1966.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Cornelius E. Toole and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James B. Klein, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. **Not to be published in full.**